# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOSS, RANDOLPH D. | U.S DISTRICT COURT, DISTRICT OF COLUMBIA | 11/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE, ACTIVE | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE, NORTHWEST
WASHINGTON D.C. 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | LIMITED PARTNER | S.C. FUNDAMENTAL PARTNERSHIP |
| 2. | ADVISOR | AMERICAN LAW INSTITUTE |
| 3. | BOARD MEMBER | THE HISTORICAL SOCIETY OF THE D.C. CIRCUIT |
| 4. | TUTOR | J.O. WILSON ELEMENTARY SCHOOL |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOSS, RANDOLPH D.** | 11/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 11/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CHASE | CREDIT CARD OUSTANDING BALANCE AS OF 12/31/2020 | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  FIDELITY ▨▨▨ BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.  FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | A | Interest | | | Sold | 03/17/20 | J | A | |
| 3.  FIDELITY TREASURY MONEY MARKET (FZFXX) | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5.  FIDELITY ▨▨▨ REVOCABLE TRUST ACCOUNT | | | | | | | | | |
| 6. | | | | | | | | | |
| 7.  FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | A | Interest | | | Sold | 03/17/20 | N | A | |
| 8.  FIDELITY TREASURY MONEY MARKET (FZFXX) | A | Interest | O | T | | | | | |
| 9.  VANGUARD INTERMEDIATE TERM TAX-EXEMPT FUND (VWIUX) | E | Dividend | P1 | T | | | | | |
| 10. SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF (BIL) | C | Dividend | | | Sold | 06/11/20 | P1 | A | |
| 11. FIDELITY 500 INDEX FUND (FXAIX) | E | Dividend | P1 | T | | | | | |
| 12. FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | E | Dividend | P1 | T | | | | | |
| 13. FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | | | | | Sold (part) | 07/16/20 | M | E | |
| 14. FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | | | | | Sold (part) | 08/03/20 | N | G | |
| 15. SPDR TR UNIT SER 1 ETF (SPY) | D | Dividend | O | T | | | | | |
| 16. I-SHARES 0-3 MONTH TREASURY BOND ETF (SGOV) (X) | A | Dividend | P1 | T | Buy | 06/11/20 | P1 | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  FIDELITY ▒▒▒ REVOCABLE TRUST ACCOUNT | | | | | | | | | |
| 19. | | | | | | | | | |
| 20.  FIDELITY TREASURY MONEY MARKET (FZFXX) | A | Interest | P1 | T | | | | | |
| 21.  BLACKROCK MUNICIPAL STRATEGIC OPPORTUNITIES FUND (MAMTX) | D | Dividend | | | Sold | 03/23/20 | P1 | | |
| 22.  GOLDMAN SACHS DYNAMIC MUNICIPAL INCOME FUND (GSMTX) | C | Dividend | | | Sold | 03/24/20 | O | | |
| 23.  VANGUARD LIMITED TERM T/E FUND (VMLUX) | A | Dividend | K | T | | | | | |
| 24.  SPDR BLOOMBERG BARCLAYS 1-3 MONTH (BIL) T-BILL ETF | A | Dividend | | | Sold | 06/11/20 | N | | |
| 25.  EXXON MOBIL CORP COMMON STOCK (XOM) | C | Dividend | K | T | | | | | |
| 26.  FIDELITY CONTRAFUND (FCNTX) | E | Dividend | O | T | Sold (part) | 07/21/20 | M | F | |
| 27.  GLENMEDE LARGE CAP CORE INSTITUTIONAL FUND (GTLIX) | A | Dividend | | | Sold | 03/30/20 | O | | |
| 28.  ISHARES RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | | | Sold | 04/09/20 | M | | |
| 29.  SPDR S&P 400 ETF (MDY) | C | Dividend | | | Sold | 04/02/20 | M | E | |
| 30.  VANGUARD 500 INDEX FUND (VFIAX) | D | Dividend | N | T | | | | | |
| 31.  ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF (ITOT) | C | Dividend | | | Sold (part) | 04/23/20 | M | | |
| 32.  ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF (ITOT) | | | | | Sold | 07/24/20 | N | E | |
| 33.  VANGUARD INT TRM T/E ADM FD (VWIUX) (X) | B | Dividend | M | T | Buy | 08/18/20 | M | | |
| 34.  ISHARES RUSSELL 1000 GROWTH FUND (IWF) (X) | C | Dividend | O | T | Buy | 04/02/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES RUSSELL 1000 GROWTH FUND (IWF) (X) | | | | | Buy (add'l) | 04/09/20 | M | | |
| 36. ISHARES ULTRA SHORT TERM BOND ETF (ICSH) (X) | A | Dividend | M | T | Buy | 08/18/20 | M | | |
| 37. ISHARES 0-3 MONTH TREASURY BOND ETF (SGOV) (X) | A | Dividend | N | T | Buy | 06/11/20 | N | | |
| 38. JP MORGAN ULTRA SHORT INCOME ETF (JPST) (X) | C | Dividend | O | T | Buy | 06/24/20 | O | | |
| 39. JP MORGAN ULTRA SHORT INCOME ETF (JPST) (X) | | | | | Buy (add'l) | 08/18/20 | M | | |
| 40. FIDELITY 500 INDEX FUND (FXAIX) | D | Dividend | J | T | Buy (add'l) | 03/30/20 | N | | |
| 41. FIDELITY 500 INDEX FUND (FXAIX) | | | | | Sold (part) | 07/21/20 | M | E | |
| 42. FIDELITY 500 INDEX FUND (FXAIX) | | | | | Sold | 08/10/20 | N | F | |
| 43. | | | | | | | | | |
| 44. FIDELITY IRA ROLLOVER #1 | | | | | | | | | |
| 45. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 46. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | A | Interest | | | Sold | 03/17/20 | J | A | |
| 47. FIDELITY 500 INDEX FUND (FXAIX) | A | Dividend | J | T | | | | | |
| 48. ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF (ITOT) | A | Dividend | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. FIDELITY IRA ROLLOVER #2 | | | | | | | | | |
| 51. FIDELITY CASH RESERVES | A | Interest | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | FIDELITY MONEY MARKET PREMIUM (FZDXX) | B | Interest | | | Buy | 02/07/20 | N | | |
| 53. | FIDELITY MONEY MARKET PREMIUM (FZDXX) | | | | | Sold | 03/17/20 | O | A | |
| 54. | SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | C | Dividend | | | Sold | 06/11/20 | O | | |
| 55. | FIDELITY 500 INDEX FUND (FXAIX) | B | Dividend | K | T | Sold<br>(part) | 02/07/20 | N | G | |
| 56. | FIDELITY 500 INDEX FUND (FXAIX) | | | | | Sold<br>(part) | 08/18/20 | M | E | |
| 57. | FIDELITY CONTRAFUND (FCNTX) | D | Dividend | M | T | Sold | 10/14/20 | K | E | |
| 58. | FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | B | Dividend | M | T | Sold<br>(part) | 08/18/20 | M | E | |
| 59. | ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF (ITOT) | B | Dividend | K | T | Sold<br>(part) | 06/02/20 | N | E | |
| 60. | ISHARES RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | | | Sold | 04/09/20 | M | | |
| 61. | ISHARES TR S&P MIDCAP 400 (IJH) | A | Dividend | | | Sold | 04/02/20 | L | | |
| 62. | ISHARES RUSSELL 1000 GROWTH FUND ETF (IWF) (X) | B | Dividend | M | T | Buy | 04/02/20 | L | | |
| 63. | ISHARES RUSSELL 1000 GROWTH FUND ETF (IWF) (X) | | | | | Buy<br>(add'l) | 04/09/20 | M | | |
| 64. | ISHARES RUSSELL 1000 GROWTH FUND ETF (IWF) (X) | | | | | Sold | 10/14/20 | M | F | |
| 65. | ISHARES ULTRA SHORT TERM BOND ETF (ICSH) (X) | C | Dividend | O | T | Buy | 06/24/20 | O | | |
| 66. | ISHARES 0-3 MONTH TREASURY BOND ETF (SGOV) (X) | A | Dividend | O | T | Buy | 06/11/20 | O | | |
| 67. | | | | | | | | | | |
| 68. | IBM COMMON STOCK | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 11/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |
| 70. UTAH 529 EDUCATIONAL SAVINGS PLAN AGE-BASED MODERATE | A | Dividend | L | T | | | | | |
| 71. COLLEGE SAVINGS PLAN OF MARYLAND #1 - PORTFOLIO FOR COLLEGE | A | Int./Div. | K | T | | | | | |
| 72. COLLEGE SAVINGS PLAN OF MARYLAND #2 - PORTFOLIO FOR COLLEGE | A | Int./Div. | J | T | | | | | |
| 73. CITIBANK CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 74. SC FUNDAMENTAL PARTNERSHIP | A | Int./Div. | J | U | | | | | |
| 75. NEWMONT MINING CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 76. SOURCE CAPITAL INC. COMMON STOCK | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOSS, RANDOLPH D.** | 11/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 71-72

The Line 72 entry "College Savings Plan of Maryland #2" was fully distributed during the 2020 year and used for educational purposes. This account had a zero balance as of 12/31/2020 and will be removed from future annual filings. We have marked "A" in column B1 for income during the reporting period for these entries. These two entries are 529 plans from which no reportable income information was recieved by filer in 2020. Based on the published asset allocations for these plans (listed below) it is likely that there was some amount of interest and dividends paid by the underlying fund holdings. Filer has estimated this amount to be within the category A income level ($0-$1,001) based on the size of the 529 plans at year end. Both plans were invested in the "Portfolio for Education Today" allocation which held the following T. Rowe Price investments as of 3/31/2021:

US Stock: 17.61%
Foreign Stock: 2.39%
Real Estate: 0%
Bond: 80%
Short Term Bond: 0%
Cash: 0%

Part VII

Prior year entry for Virginia parcel of Real Property has been removed from this report. This property is still owned but did not produce rental income in 2020.

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 11/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ RANDOLPH D. MOSS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544